```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


QUINN CONSTRUCTION, INC.       :    CIVIL ACTION
                               :
          v.                   :
                               :
SKANSKA USA BUILDING, INC.,    :
et al.                         :    NO. 07-406
```

## ORDER

AND NOW, this 26th day of May, 2009, upon consideration of the Motion to Preclude (Docket No. 125) of Defendant Todd Williams Billie Tsien Architects, LLP ("TWBTA"), seeking to preclude plaintiff Quinn Construction and defendant Skanska USA Building, Inc., from introducing expert testimony against TWBTA as to the issue of standard of care and causation, and upon consideration of the opposition and reply briefs thereto, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that the Motion is DENIED.  This denial is without prejudice to TWBTA's ability to challenge the admissibility of the opinions of these defendants' experts, once their expert reports have been served, under Fed. R. Evid. 402, 403, 702, or other relevant rule.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.