IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINN CONSTRUCTION, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SKANSKA USA BUILDING, INC., | : | |
| et al. | : | NO. 07-406 |

ORDER

AND NOW, this 26th day of October, 2009, upon consideration of the plaintiff's Motion to Compel Production from Defendant Skanska USA Building Inc. (Docket No. 142), and the response and reply thereto, IT IS HEREBY ORDERED, for the reasons set out in a Memorandum of today's date, that the Motion is GRANTED as follows:

     1.   Defendant Skanska USA Building Inc. ("Skanska") shall produce to the plaintiff, on or before November 6, 2009, the "Warner Report," prepared by Warner Construction Consultants, Inc., and provided to, and reviewed by, Skanska's expert Zafar Farooqi.

     2.   If, after reviewing the Warner Report, the plaintiff wishes to take a supplemental deposition of Zafar Farooqi, the plaintiff's counsel shall confer with Skanska's counsel.  If no agreement on taking the deposition can be reached, the plaintiff may file a written request for leave to

depose Farooqi with the Court.  This request shall set out with specificity the questions the plaintiff intends to ask.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.