IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QUINN CONSTRUCTION, INC.      :      CIVIL ACTION
                              :
            v.                :
                              :
SKANSKA USA BUILDING, INC.,   :
et al.                        :      NO. 07-406

ORDER

AND NOW, this 3rd day of August, 2010, upon
consideration of the Motion for Partial Summary Judgment of
Plaintiff Quinn Construction, Inc., with Respect to Skanska's
Alleged Damages Related to Delays after October 27, 2005 (Docket
No. 150), the Motion for Summary Judgment of Third-Party
Defendant, Harleysville Mutual Insurance Company and Statement of
Undisputed Material Facts (Docket No. 153), Skanska USA Building,
Inc.'s Motion for Partial Summary Judgment and Statement of
Undisputed Material Facts (Docket No. 156), the oppositions and
replies thereto, and after oral argument held on June 25, 2010,
IT IS HEREBY ORDERED, for the reasons stated in a Memorandum of
today's date, that Harleysville's motion is denied; Quinn's
motion is denied; and, Skanska's motion is granted in part and
denied in part.  Skanska's motion is granted as to Quinn's delay
and disruption claims except that it is denied with respect to
its claims for overtime wages.  Skanska's motion is granted as to

eighteen of the twenty-five change orders and denied as to the
other seven change orders.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.