IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| QUINN CONSTRUCTION, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SKANSKA USA BUILDING, INC., | : | |
| et al. | : | NO. 07-406 |


ORDER


AND NOW, this 30th day of November, 2010, upon
consideration of the defendants Skanska USA Building, Inc.
("Skanska"), and Tod Williams Billie Tsien Architects, LLP
("TWBTA")'s Motions to Strike the Jury Demand of Plaintiff Quinn
Construction, Inc. (Docket Nos. 193 & 198), the opposition,
reply, and supplemental briefing thereto, and after oral argument
held on October 25, 2010, IT IS HEREBY ORDERED THAT, for the
reasons stated in a memorandum of law bearing today's date:

1.  Defendant Skanska's motion is GRANTED, and the
    plaintiff's claims against Skanska shall be
    designated for trial by the Court.

2.  Defendant TWBTA's motion is DENIED and the
    plaintiff's claims against TWBTA shall be
    designated for trial by jury.

3.    The defendants shall inform the Court by letter how they would like to proceed with respect to the outstanding cross-claims between Skanska and TWBTA.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.